# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**RECEIVED**
STATE OF ILLINOIS

NOV 2 9 2007

DEPT. OF INSURANCE
CHICAGO, ILLINOIS

SUMMONS IN A CIVIL CASE

Theresa Salazar,
    Plaintiff,

V.

Life Insurance Company of North America,
    Defendant.

07CV6637
JUDGE PALLMEYER
MAGISTRATE JUDGE ASHMAN

TO: (Name and address of Defendant)

Life Insurance Company of North America
c/o Illinois Director of Insurance
James R. Thompson Center
100 West Randolph, Suite 9-301
Chicago, IL 60601

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Mark D. DeBofsky
Daley, DeBofsky & Bryant
55 West Monroe Street, Suite 2440
Chicago, IL 60603

an answer to the complaint which is herewith served upon you, within   **20**   days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NOTE: When the print dialogue box appears, be sure to uncheck the Annotations option.

MICHAEL W. DOBBINS, CLERK

(By) DEPUTY CLERK

NOV 2 6 2007

DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 11-29-07 |
| NAME OF SERVER (PRINT)  Elinor Hort | TITLE  Office Clerk |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: IL Div. of Insurance. 100 W. Randolph St, Ste 9-301, Chicago, IL 60601

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  11/29/07
               Date

Signature of Server

Address of Server: 55 W. Monroe St, Ste 2440; Chicago, IL 60603.

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.