# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| THERESA SALAZAR V. LIFE INSURANCE COMPANY OF NORTH AMERICA | 07 C 6637 |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
DEFENDANT LIFE INSURANCE COMPANY OF NORTH AMERICA

| | |
|---|---|
| NAME (Type or print) |  |
| Peter E. Pederson |  |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |  |
| s/ Peter E. Pederson |  |
| FIRM |  |
| Hinshaw & Culbertson LLP |  |
| STREET ADDRESS |  |
| 222 N. LaSalle Street, Suite 300 |  |
| CITY/STATE/ZIP |  |
| Chicago, IL 60601-1081 |  |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 6270416 | (312) 704-3000 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☒   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐   NO ☒ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☒   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |

American LegalNet, Inc.
www.USCourtForms.com