IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| THERESA SALAZAR | ) |
| | ) |
| **Plaintiff** | ) |
| | ) |
| vs. | ) Case No.: 07 C 6637 |
| | ) |
| LIFE INSURANCE COMPANY OF NORTH AMERICA | ) Judge Pallmeyer |
| | ) |
| **Defendant.** | ) |

**MOTION FOR ENLARGEMENT OF TIME**

Defendant, LIFE INSURANCE COMPANY OF NORTH AMERICA ("LINA"), by its attorneys, DANIEL K. RYAN and PETER E. PEDERSON, respectfully moves this Honorable Court for a 28-day extension of time, up to January 30, 2008, to respond to the complaint, stating as follows:

1. In this action, plaintiff has asserted a claim to recover disability benefits under an employee welfare benefit plan, as that term is defined by ERISA, 29 U.S.C. § 1002(1).

2. On December 13, 2007, LINA received service of process from the Illinois Department of Insurance. Under the Illinois Insurance Code, service on LINA became effective when it received process from the Department of Insurance, making LINA's response to the complaint due January 2, 2008. LINA seeks a 28-day extension from that date, up to and including January 30, 2008, in which to answer or otherwise plead to the complaint. This time is necessary for defense counsel to obtain the subject administrative record, review it and the allegations of the complaint, prepare an appropriate responsive pleading, and obtain their client's comments on the pleading.

6266676v1 999999

3.      For these reasons, LINA respectfully moves this Honorable Court for a 28 day extension of time, up to January 30, 2008, in which to answer or otherwise plead to the complaint.

Respectfully submitted:

LIFE INSURANCE COMPANY
OF NORTH AMERICA

By: /s/ Peter E. Pederson
      One of its Attorneys

Daniel K. Ryan, Esq.
Peter E. Pederson, Esq.
HINSHAW & CULBERTSON LLP
222 N. LaSalle Street
Suite 3000
Chicago, Illinois  60601
(312) 704-3000
**Fax:**  (312) 704-3001
dryan@hinshawlaw.com
ppederson@hinshawlaw.com

## CERTIFICATE OF SERVICE

     I, the undersigned attorney, certify that  on December 26, 2007, I e-filed this MOTION FOR ENLARGEMENT OF TIME using the Court's CM/ECF system, which will make copies of available to all counsel of record.

/s/ Peter E. Pederson

### Service List

Mark D. DeBofsky, Esq.
Daley, DeBofsky & Bryant
55 W. Monroe St., Suite 2440
Chicago, Illinois 60603
(312) 372-5200 x4880
FAX (312) 372-2778
E-mail: mdebofsky@ddbchicago.com