IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **THERESA SALAZAR** | ) |
| | ) |
| **Plaintiff** | ) |
| | ) |
| vs. | ) Case No.: 07 C 6637 |
| | ) |
| LIFE INSURANCE COMPANY OF NORTH AMERICA | ) Judge Pallmeyer |
| | ) |
| **Defendant.** | ) |

**To:**   Mark D. DeBofsky, Esq.
Daley, DeBofsky & Bryant
55 W. Monroe St., Suite 2440
Chicago, Illinois 60603

### NOTICE OF MOTION

PLEASE TAKE NOTICE that, on January 8, 2008, at 8:45 a.m., we will appear before the Honorable Judge Pallmeyer, or any judge sitting in her stead, in courtroom 2119 of the Dirksen Building, 219 S. Dearborn St., Chicago, IL 60604 and then and there present **Motion for Enlargement of Time.**

Daniel K. Ryan
Peter E. Pederson
HINSHAW & CULBERTSON LLP
222 N. LaSalle Street
Suite 300
Chicago, Illinois 60601
312-704-3000
Fax: 312-704-3001

CIGNA LIFE INSURANCE COMPANY OF NEW YORK

By:  s/Peter E. Pederson
One of its attorneys

### CERTIFICATE OF SERVICE

I, the undersigned attorney, certify that on December 26, 2007, I e-filed this notice using the Court's CM/ECF filing system, which will make a copy available to counsel of record identified above.

  s/Peter E. Pederson