## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer *RRP* | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6637 | **DATE** | 3/26/2008 |
| **CASE TITLE** | Theresa Salazar vs. Life Insurance Company of North America | | |

**DOCKET ENTRY TEXT**

Status hearing held on 3/26/2008. Dispositive motions due 5/30/2008; cross-responses 6/20/2008.

Docketing to mail notices.

00:03

| | Courtroom Deputy Initials: | ETV |
|---|---|---|