IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| THERESA SALAZAR, | ) | |
| | ) | |
| Plaintiff, | ) | No. 07 CV 6637 |
| | ) | Judge Pallmeyer |
| v. | ) | Magistrate Judge Ashman |
| | ) | |
| LIFE INSURANCE COMPANY | ) | |
| OF NORTH AMERICA | ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATION TO DISMISS

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, that this matter be dismissed with prejudice and without costs as all matters in controversy have been settled, agreed and compromised.

/s/ Mark D. DeBofsky                                    /s/ Daniel K. Ryan

*Attorney for Plaintiff*                                    *Attorney for Defendant*

Mark D. DeBofsky                                         Daniel K. Ryan
Daley, DeBofsky & Bryant                            Peter E. Pederson
55 W. Monroe St., Suite 2440                     Hinshaw & Culbertson LLP
Chicago, Illinois 60603                                222 N. LaSalle St., Suite 300
(312) 372-5200                                             Chicago, Il. 60601
                                                                     (312) 704-3000

## **CERTIFICATE OF SERVICE**

Mark D. DeBofsky, the undersigned attorney, certifies that he served the foregoing Stipulation to Dismiss by CM/ECF on May 15, 2008.

/s/ Mark D. DeBofsky

_____
Mark D. DeBofsky